IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA | * | | |
|---|---|---|---|
| | * | | |
| vs. | * | | |
| | * | | |
| JAMES HUTTO | * | CR. NO. | 2:01cr20212-D |

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On April 19, 2005, *James Hutto* appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, *James Hutto* is held to a final revocation hearing before United States District Judge **Bernice B. Donald**. It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

IT IS SO ORDERED this 20 day of April, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:01-CR-20212 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

G. Coble Caperton
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT