UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY _____ D.C.

05 MAY 13 PM 3:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                        Case No. 2:01cr20212-01-D

JAMES HUTTO

## ORDER ON CONTINUANCE

IT APPEARING TO THE COURT that for good cause shown the hearing on the violation of supervised release which is currently scheduled in this cause on Monday, May 16, 2005 at 1:30 p.m. should be continued;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing on the petition for violation of supervised release be and the same hereby is continued until _____ June 1, 2005 at 1:15 pm .

_____
JUDGE

Date: May 13, 2005



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:01-CR-20212 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

G. Coble Caperton
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT