AO 245 S (Rev. 4/90)(K.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:01-cr-20212-BBD  Document 25  Filed 06/08/05  Page 1 of 2  PageID 32

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 JUN -8 AM 11:58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS

Case Number CR 2:01CR20212-01-D

JAMES HUTTO
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF PROBATION
(For Offenses Committed On or After November 1, 1987)

The defendant, James Hutto, was represented by G. Coble Caperton, Esq.

It appearing that the defendant, who was sentenced on October 31, 2001, in the above styled cause and was placed on Probation for a period of five (5) years, has violated the terms of Probation.

It is hereby ORDERED and ADJUDGED that the Probation of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months in a Half-Way House with execution of sentence to be deferred until after December 2, 2005.**

Furthermore, no additional supervised release shall be imposed.

The defendant is allowed to report on his own to the designated facility.

Signed this the 8th day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
U.S. Marshal No.: 17931-076
Defendant's Date of Birth: 08/17/1979
Defendant's Mailing Address: 7533 Cordova Club Drive, Cordova, TN 38106

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:01-CR-20212 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

G. Coble Caperton
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT