# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY /s/ ___ D.C.

05 OCT 11 AM 9:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS

Case Number CR 2:01CR20212-01-D

JAMES HUTTO
Defendant.

## *REVISED* JUDGMENT AND COMMITMENT ORDER ON REVOCATION OF PROBATION
(For Offenses Committed On or After November 1, 1987)

The defendant, James Hutto, was represented by G. Coble Caperton, Esq.

It appearing that the defendant, who was sentenced on October 31, 2001, in the above styled cause and was placed on Probation for a period of five (5) years, has violated the terms of Probation.

The Court sentenced the defendant on June 1, 2005, to be imprisoned for a term of six (6) months in a Half-Way House with execution of sentence to be deferred until after December 2, 2005 with no additional supervision imposed.

The Court hereby **VACATES** the judgment and commitment order entered on June 9, 2005.

It is hereby ORDERED and ADJUDGED that the previously imposed term of Probation be **\*REINSTATED with the additional condition that the defendant be committed to Home Confinement for a term of six (6) months.**

Furthermore, the defendant is ordered to bear the cost of Electronic Monitoring according to a schedule established by the Probation Office.

Signed this the ___8th___ day of October, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __10/11/05__

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
U.S. Marshal No.: 17931-076
Defendant's Date of Birth: 08/17/1979
Defendant's Mailing Address: 7533 Cordova Club Drive, Cordova, TN 38106



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:01-CR-20212 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

G. Coble Caperton
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT